IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRAMONDA MILLER,

      Plaintiff,                      No. CIV S-05-1882 GGH

    vs.

JO ANNE B. BARNHART,
Commissioner of Social
Security,

      Defendants.                FINDINGS AND RECOMMENDATIONS

_____/

        On October 26, 2005, the court entered its order granting plaintiff's request to proceed in forma pauperis and directing the Clerk to forward to plaintiff a summons form and a USM-285 form.  Pursuant to that order, within 15 days from the October 26th filed date of the order, plaintiff was to provide the United States Marshal with the information to complete service of process.  The court has not received a proof of service showing that the defendant has been served, and the U.S. Marshal has no record of the documentation being filed with their office.  As a result, plaintiff was ordered to show cause on June 28, 2006, why this case should not be dismissed for failure to serve. Fed. R. Civ. P. 4(m).  On July 20, 2006, plaintiff filed a response indicating that she did not supply the information to complete service of process because she did not understand what was required of her.  Nevertheless, plaintiff has still not

1

represented that she has yet provided the U.S. Marshal with information for service of process. Plaintiff has shown no good cause for her failure to submit forms for service of process.

Accordingly, the Clerk of the Court is directed to assign to this case a United States District Judge, and IT IS HEREBY RECOMMENDED that this case be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within ten (10) days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within ten (10) days after service of the objections. Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: 8/30/06

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076
Miller1882.fr.wpd