```
 1
 2
 3
 4
 5
 6
 7                      UNITED STATES DISTRICT COURT
 8                    EASTERN DISTRICT OF CALIFORNIA
 9
10  TRAMONDA MILLER,
11          Plaintiff,              No. Civ. S-05-1882 FCD/GGH PS
12     v.                                  O R D E R
13  COMMISSIONER OF SOCIAL SECURITY
14          Defendant.
15  _____/
```

16     Each of the parties in the above-captioned case has filed a
17  "Consent to Proceed Before a United States Magistrate Judge."
18  See 28 U.S.C. §636(c).  According to E.D. Cal. R. 73-305, both
19  the district court judge assigned to the case and the magistrate
20  judge must approve the reference to the magistrate judge.

21     The undersigned has reviewed the file herein and recommends
22  that the above-captioned case be reassigned and referred to the
23  magistrate judge for all further proceedings and entry of final
24  judgment.

25     IT IS HEREBY ORDERED that the Clerk of the Court reassign
26  this case to the Honorable Gregory G. Hollows.  The parties shall
27  please take note that all documents hereafter filed with the
28  Clerk of the Court shall bear case No. Civ. 05-1882 GGH. All

1  currently scheduled dates presently set before Judge Damrell are
2  hereby **VACATED**.
3
4  DATED: September 11, 2006
5                                  /s/ Frank C. Damrell Jr.
                                   FRANK C. DAMRELL, Jr.
6                                  UNITED STATES DISTRICT JUDGE
7
8       Having also reviewed the file, I accept reference of this
9  case for all further proceedings and entry of final judgment.
10      Based on service of the complaint, the findings and
11 recommendations filed August 30, 2006, are hereby vacated.
12 DATED: 9/13/06
                                   /s/ Gregory G. Hollows
13                                 _____
                                   UNITED STATES MAGISTRATE JUDGE
14 miller.ord