IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRAMONDA MILLER,

       Plaintiff,                  No. CIV S-05-1882 GGH

       vs.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

       Defendants.            <u>ORDER TO SHOW CAUSE</u>

_____/

       Plaintiff filed her complaint on September 19, 2005, and service was executed upon defendant. On December 11, 2006, defendant filed with this court, and served upon plaintiff by mail, her answer and the administrative transcript.

       Pursuant to this court's Scheduling Order (and allowing three days for service by mail, Fed. R. Civ. P. 6(e)), plaintiff was required to file a motion for summary judgment and/or remand by January 28, 2007 (45 days after service of the answer and administrative transcript). Plaintiff has done neither.

       ACCORDINGLY, plaintiff is ordered to show cause in writing within twenty days of the filed date of this order why this case should not be dismissed for lack of prosecution.

\\\\\

1

1  Failure to <u>timely</u> file the required writing will result in a recommendation that the case be
2  dismissed.

3  DATED: 5/22/07                                              /s/ Gregory G. Hollows
                                                               _____
4                                                              UNITED STATES MAGISTRATE JUDGE
   GGH:035
5  miller.osc2

2