IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRAMONDA MILLER,

        Plaintiff,                       CIV-S-05-1882 GGH

       vs.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

        Defendant.               <u>ORDER</u>

/

By order filed May 22, 2007, plaintiff was ordered to show cause, within twenty days, why this action should not be dismissed for lack of prosecution. This order was re-served to plaintiff's most current address on May 23, 2007. The twenty day period has now expired, and plaintiff has not shown cause or otherwise responded to the court's order.

Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.

\\\\\

\\\\\

1

1   IT IS HEREBY ORDERED that this action is dismissed without prejudice. <u>See</u>
2   Local Rule 11-110; Fed. R. Civ. P. 41(b).
3   DATED: 8/7/07

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:035
miller.fsc